## UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:18-cr-171(SRU) |
| | : | |
| VINCENT DECARO, ARBER ISAKU and DAVID REICHARD | : | |
| | : | |
| Defendants. | : | May 13, 2019 |
| | : | |

## **APPEARANCE**

Please enter the appearance of Igor G. Kuperman as attorney for the Defendant, ARBER ISAKU.

Respectfully submitted,

CLAIMANT, MARIA R. FLYNN

BY*:___/s/ Igor Kuperman_____*

Igor G. Kuperman, Esq. (ct29016)
Fromzel & Kuperman, LLC
44 Strawberry Hill Ave., Suite 7
Stamford, CT  06902
Ph:  (646) 821-3436
Fax:  (646) 349-5266
E-Mail:  ikuperman@stamfordlaw.net

## CERTIFICATE OF SERVICE

      This is to certify that on **May 13, 2019**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                                                        */s/ Igor G. Kuperman*
                                                                                                           Igor G. Kuperman