AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| ARBER ISAKU | ) Case No. 3:18-cr-171(SRU) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## CORRECTED
## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ARBER ISAKU                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   21 USC 846 Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl Analogue
   21 USC 841(a)(1) and (b)(1)(C) Possession with Intent to Distribute Fentanyl Analogue

Date:   10/10/2018

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By _____ Deputy Clerk

_____
*Issuing officer's signature*

City and state:   New Haven, Connecticut

Joanne Pesta, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/10/18, and the person was arrested on *(date)* 5/1/2020
at *(city and state)* New Haven, CT.

Date: 10/18/2020

_____
*Arresting officer's signature*

Matt Offy Sousy
*Printed name and title*

NOV 20 2020 AM 9:14
FILED-USDC-CT-NEW HAVEN