UNITED STATES DISTRICT
COURT DISTRICT OF
CONNECICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:18-cr-171(SRU) |
| | : | |
| VINCENT DECARO, ARBER ISAKU and DAVID REICHARD | : | |
| | : | |
| Defendants. | : | December 22, 2020 |
| | : | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

The Defendant, ARBER ISAKU, respectfully requests that this honorable court modify his current conditions of release and home confinement so as to allow him to attend an in person hearing in the above captioned matter. Defendant relies on the following in support of this motion:

1. On or about April 16, 2020, Defendant was released from pre-trial detention and placed under home confinement at his mother's residence. See Dkt. Ent.137. Pursuant to the foregoing court order, Defendant is not permitted to leave his mother's residence.

2. This matter has been scheduled for an in person conflict hearing on January 6, 2021 at 10:00 a.m. and Defendant's attendance in court is required.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the court modify his conditions of release to allow him to travel to and from court and to attend the January 6, 2021 hearing in person.

Respectfully submitted,

DEFENDANT, ARBER ISAKU

BY:   */s/ I. Kuperman*

Igor G. Kuperman, Esq. (ct29016)
Fromzel & Kuperman, LLC
44 Strawberry Hill Ave., Suite 7
Stamford, CT  06902
Ph:  (646) 821-3436
Fax:  (646) 349-5266
E-Mail:  ikuperman@stamfordlaw.net

**CERTIFICATE OF SERVICE**

This is to certify that on **December 22, 2020**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

   */s/ I. Kuperman*
Igor G. Kuperman