UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | docket no. 3:18-CR-00171-SRU |
| | : | |
| ARBER ISAKU, | : | |
|     Defendant. | : | June 21, 2021 |

## MOTION TO AMEND CONDITIONS OF BOND

*Introduction:* The defendant Arber Isaku has requested that the conditions of his bond be modified in order to:

> Allow him access to the internet in order to pursue courses at the University of Phoenix, and

> Allow him to leave his residence, subject to a curfew.

The undersigned has discussed this matter with United States Probation Officer Braxton, who does not oppose this request.

                                     Respectfully submitted,

                                     s/s

                                     JEREMIAH DONOVAN
                                     123 Elm Street--Unit 400
                                     P.O. Box 554
                                     Old Saybrook, CT 06475
                                     (860) 388-3750
                                     FAX 388-3181
                                     Juris no. 305346
                                     Fed.bar.no. CT 03536
                                     jeremiah_donovan@sbcglobal.net

2

## [PROPOSED] ORDER

The motion set forth above having been duly considered, it is hereby

GRANTED / DENIED

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT
JUDGE